Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Attorneys for Plaintiff
Empire Technological Group Limited

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>Defendants. | Case No. 2:22-cv-00923<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Empire Technological Group Limited ("Empire" or "Plaintiff") through its undersigned counsel, brings this action against Light & Wonder, Inc. (formerly known as Scientific Games, Inc.) ("LWI") and SG Gaming, Inc. ("SGGI") (collectively "Defendants"). In support of the Complaint, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.  This is an action for patent infringement pursuant to 35 U.S.C. § 271 *et seq*. This Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

2.  This Court has personal jurisdiction over Defendants because, on information and belief, Defendants' corporate headquarters are located in this District at 6601 Bermuda Road, Las Vegas, NV 89119, and Defendants have done substantial business in this judicial district.

3.  Venue is proper in this Court under 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), and

117900073.1

1400(b) based on the foregoing facts and because, on information and belief, a substantial part of the acts or omissions giving rise to the claim, including Defendants' acts of infringement, have occurred in this judicial district.

**THE PARTIES**

4. Empire is a corporation organized and existing under the laws of the State of Nevada having a principal place of business at 7175 W. Post Rd., Las Vegas, NV 89113.

5. On information and belief, LWI (formerly known as Scientific Games, Inc.) is a Nevada corporation having a principal place of business at 6601 Bermuda Road, Las Vegas, NV 89119.

6. On information and belief, SG Gaming, Inc. is a gaming manufacturer and a subsidiary of LWI, having a principal place of business at 6601 Bermuda Road, Las Vegas, NV 89119.

**THE ASSERTED PATENT**

7. United States Patent No. 11,341,807 ("the '807 Patent"), titled **"DISPLAY ASSEMBLY FOR RELEVANT MESSAGING FOR GAMING APPARATUS AND METHODS THEREOF,"** was duly issued by the United States Patent and Trademark Office ("USPTO") on May 24, 2022. A true and correct copy of the '807 Patent is attached hereto as Exhibit A.

8. Empire owns by assignment the entire right, title, and interest in and to the '807 Patent. As the owner of the entire right, title, and interest in and to the '807 Patent, Empire possesses the right to sue and to recover for infringement of the '807 Patent.

9. The '807 Patent is directed to a display assembly and message for an electronic gaming apparatus.

10. Figure 4 of the '807 Patent, which illustrates non-limiting aspects of some of the claimed embodiments, illustrates a gaming apparatus 400 having an electronic card shoe 406, a chip tray 408, a dealer terminal 410, a table display 412, and an edge display 414.

/ / /

/ / /

117900073.1



FIG. 4

11.  Figure 9A of the '807 Patent, which illustrates non-limiting aspects of some of the claim embodiments, illustrates a display assembly 900 having a display panel 902, an inner border region 904, an outer cover structure 906, and a plurality of light segments 908. Further, as described at column 13, lines 2-8 of the '807 Patent, "[t]he light segment 908 can include three light segments 908a, 908b, and 908c. The light segment 908b can be provided within the left side portion of the outer cover structure 906. The light segment 908c can be provided within the right side portion of the outer cover structure 906."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

117900073.1



**FIG. 9A**

12. Empire sells products embodying the invention of the '807 Patent, called Smrt Choice™ Products. The products include Smrt Trend Board™ and Smrt Trend Wall™. Some examples of Empire's products are available on its websites:
https://www.etgltd.com/smrt-trend-board

https://www.etgltd.com/new-page

13. The '807 Patent includes 21 claims, of which claims 1 and 11 are independent. Independent claim 1 of the '807 Patent recites:

    1. An electronic gaming system comprising:

    an electronic gaming table having a table controller;

    a table display device configured to operatively connect to the table controller and be controlled to present gaming related information pertaining to wager-based table games at the electronic gaming table; and

    an edge display located along at least one edge of the table display device and being configured to operatively connect to the table controller and be controlled to

117900073.1

present gaming related information, wherein the gaming related information is information pertaining to a wager-based table game at the electronic gaming table and wherein the edge display comprises:

an outer cover structure having a central hollow region; and

a plurality of light segments positioned within at least a portion of the central hollow region, the light segments being adjacent one another.

14. Independent claim 11 of the '807 Patent recites:

11. A display assembly, comprising:

a first display panel;

an inner border region around an outer periphery of the first display panel;

an outer cover structure positioned around at least a portion of an outer periphery of the inner border region, the outer cover structure having a central hollow region; and

a plurality of light segments positioned within at least a portion of the central hollow region, the light segments arranged adjacent one another,

wherein the plurality of light segments are configured to communicate with a controller to be individually controlled to be illuminated

### THE DEFENDANTS AND THEIR ACCUSED PRODUCTS

15. Defendants are currently making, using, offering for sale, and/or selling electronic gaming tables and display panels that infringe the '807 Patent, including at least the products advertised as "i-Table", "I-Score Plus", and "I-Score Ultra" (collectively, the "Accused Products"). On information and belief, the products shown in Exhibit B depict the Accused Products and describe the "i-Table", "I-Score Plus", and "I-Score Ultra."

16. Defendants' electronic gaming tables, including at least the table marketed as "i-Table", each have, either literally or under the doctrine of equivalents, all the elements of at least claim 1 of the '807 Patent as described in the chart attached hereto as Exhibit C and as follows:

(i) The i-Table is described as using "six touchscreens embedded in a standard size table, the i-Table united an intuitive electronic betting interface with a live dealer who deals the selected game from the card reading shoe";

(ii) The i-Table is available for various electronic gaming options, including, Blackjack, Three card Poker, Ultimate Texas Hold'em, and Mississippi Stud;

(iii) The i-Table includes display panels that Defendants market as the "i-Score Plus" and the "i-Score Ultra".

117900073.1

   (iv) The i-Table also includes Defendants' "Safe-Bacc™" product, which controls the shuffling of cards, distribution of cards, scoring, and providing updates to the display panels attached to the i-Table;

   (v) Defendants' display panels include a "low profile LED light bar for game outcomes and trend tracking, and picture-in-picture capabilities to stream external content on the main display (progressive meters, sporting events, marketing messages, etc.)";

   (vi) Defendants' display panels as designed to work with controllers, namely, Defendants' i-Shoe™ Auto intelligent shoe and the Safe-Bacc™ products;

   (vii) The i-Score Plus and i-Score Ultra display panels include panels located along at least one edge of the i-Score Plus and i-Score Ultra display panels that can be illuminated;

   (viii) The i-Score Plus video shows that edges of the display panel can change colors to represent various scenarios such as player win or banker win; and

   (ix) The photographs and videos show that the i-Score Plus and i-Score Ultra display panels have a hollow region in which light segments are housed next to each other.

17. Defendants' display panels, including at least the products marketed as "i-Score Plus" and "i-Score Ultra", each have, either literally or under the doctrine of equivalents, all the elements of at least claim 11 of the '807 Patent as described in the chart attached hereto as Exhibit C and as follows:

   (i) Defendants' i-Score Plus and i-Score Ultra display panels have an inner border region as well as an outer cover structure having a central hollow region;

   (ii) The display panels also appear to show adjacent light segments in the central hollow region controllable by a controller; and

   (iii) Defendants also describes the display panels as designed to work with controllers, namely, Defendants' i-Shoe™ Auto intelligent shoe and the Safe-Bacc™ products.

18. Accordingly, Defendants have infringed, and continue to infringe, at least claims 1 and 11 of the '807 Patent by making, using, offering for sale, and/or selling the Accused Products, which embody all of the features of at least claims 1 and 11 of the '807 Patent.

**CLAIM FOR RELIEF**

(Patent Infringement of U.S. Patent No. 11,341,807)

19. Empire incorporate and re-alleges Paragraphs 1 through 18 of this Complaint as if full set forth herein.

20. The USPTO duly issued the '807 Patent on May 24, 2022.

- 6 -

117900073.1

21. The '807 Patent is valid and enforceable.

22. Defendants have infringed at least claims 1 and 11 of the '807 Patent, either literally or under the doctrine of equivalents, by making, using, offering to sell, and/or selling in the United States its electronic gaming tables and display panels, including at least the products marketed as "i-Table", "I-Score Plus", and "I-Score Ultra" (referred to above and below as the "Accused Products"). Some example of the Accused Products include, but are not limited to, the products on the websites:

https://www.sggaming.com/Games/Shuffle-Master/Electronic-Tables/i-Table-7787

https://www.sggaming.com/Games/Shuffle-Master/Shufflers-and-Utilities/Scoreboards/iScore-Plus-7810

https://www.sggaming.com/Games/Shuffle-Master/Shufflers-and-Utilities/Scoreboards/i-Score-Ultra-18327

*See* Exhibit B.

23. Defendants' infringement of the '807 Patent has injured Empire, and Empire is entitled to recover damages adequate to compensate it for Defendants' infringement, which in no event can be less than a reasonable royalty.

24. Defendants' infringement of the '807 Patent is exceptional. Accordingly, pursuant to 35 U.S.C. § 285, Empire is entitled to recover from Defendants its reasonable attorneys' fees and costs incurred in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment as follows:

A. That Defendants have infringed the '807 Patent;

B. Entry of a permanent injunction against further infringement of the '807 Patent;

C. An award of damages adequate to compensate Empire for Defendants' infringement of the '807 Patent, including pre-judgment interest and costs;

D. An award of all other damages permitted by 35 U.S.C. § 284;

117900073.1

E.     A determination that this is an exceptional case within the meaning of 35 U.S.C. § 285 and an award to Empire of its costs and reasonable attorneys' fees incurred in this action; and

F.     Such other relief as this Court deems just and proper.

Dated this 8th day of June, 2022.

                     LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/ Meng Zhong
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Attorneys for Plaintiff
Empire Technological Group Limited

117900073.1

## **JURY DEMAND**

Plaintiff requests a jury trial of all issues in this action so triable.

Dated this 8th day of June, 2022.

                                                        LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                                        By /s/ Meng Zhong
                                                        Michael J. McCue
                                                        Meng Zhong
                                                        3993 Howard Hughes Parkway, Suite 600
                                                        Las Vegas, NV 89169-5996
                                                        E-mail: mmccue@lewisroca.com
                                                        E-mail: mzhong@lewisroca.com

                                                        Attorneys for Plaintiff
                                                        Empire Technological Group Limited

117900073.1

## INDEX OF EXHIBITS

| Exhibit No. | Description | Page No. |
|---|---|---|
| A | U.S. Patent No. 11,341,807 | 1-45 |
| B | Accused Products | 46-58 |
| C | Preliminary Infringement Claim Chart | 59-63 |

117900073.1