**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar #7332)
JOHN L. KRIEGER (Nevada Bar #6023)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ (*Admitted Pro hac vice*)
YAFEEZ S. FATABHOY (*Admitted Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (248) 433-7200
Fax: (844) 670-6009
Email: jartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Claimants*
*Light & Wonder, Inc. and SG Gaming, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>                    Plaintiff,<br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>                    Defendants. | Case No. 2:22-cv-00923-MMD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE GOVERNING THE LAST DAY TO FILE SUMMARY JUDGMENT MOTION REGARDING INITIAL PHASE OF DISCOVERY**<br><br>**(SECOND REQUEST)** |
| LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>                    Counter-Claimants,<br>vs.<br><br>EMPIRE TECHNOLOGICAL GROUP, LIMITED,<br><br>                    Counter-Defendant. | |



Plaintiff/Counter-Defendant Empire Technological Group Limited ("Plaintiff/Counter-Defendant") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("Defendants/Counter-Claimants") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to extend the deadline governing the deadline to file Summary Judgment relating to the Initial Phase of Discovery in this case ("Summary Judgment Deadline"). Previously, the Court entered an Order extending all discovery deadlines in this matter thirty (30) days, including the Summary Judgment Deadline. This Stipulation will not affect any deadlines other than the Summary Judgment Deadline. This is now the second request to extend the Summary Judgment Deadline and the Parties seek a seven (7) day extension. The Parties have agreed to such extension for the reasons set out below.

## COMPLETED DISCOVERY

In the Discovery Plan and Scheduling Order (Dkt No. 23), the Parties bifurcated discovery into two phases. During the Initial Phase of Discovery, which was limited to Light & Wonder's I-Score Plus defense, the Parties completed six (6) depositions, sent multiple sets of discovery, and produced thousands of pages of documents. The Parties completed discovery on March 29, 2023. The existing Summary Judgment Deadline is April 12, 2023.

## GOOD CAUSE TO EXTEND DEADLINE

The Parties were diligent in conducting the Initial Phase of Discovery in this matter and, as set forth above, vigorously sought and obtained discovery relating to the I-Score Plus defense. Good cause for the extension is based on the need for additional time to thoroughly assess the discovery conducted and prepare a motion for summary judgment in light of the complexity of the issues involved. Moreover, the Parties are requesting the extension due to the upcoming holidays and counsels' traveling schedules. The Parties thus make the present request to extend the Summary Judgment Deadline in view of the issues identified above.

The Parties have stipulated and agreed to extend the Summary Judgment Deadline by an additional seven (7) days as set forth below. This extension will ensure that the relevant

information and issues are reviewed and properly briefed for the Court to rule on any summary judgment motions. For these reasons, this Stipulation is made for good cause and not for purposes of delay.

The Parties hereby stipulate and agree to only extend the existing Summary Judgment Deadline of April 12, 2023, seven (7) days to April 19, 2023. All other deadlines remain the same.

**IT IS SO AGREED AND STIPULATED:**

DATED this 10th day of April, 2023.         DATED this 10th day of April, 2023.

LEWIS ROCA ROTHGERBER                        DICKINSON WRIGHT PLLC
CHRISTIE LLP

By: */s/ G. Warren Bleeker*                  By: */s/ John L. Krieger*
G. WARREN BLEEKER                            MICHAEL N. FEDER
(Admitted *Pro Hac Vice*)                    Nevada Bar No. 7332
655 N. Central Ave., Suite 2300              JOHN L. KRIEGER
Glendale, CA 91203-1445                      Nevada Bar No. 6023
Tel: (626) 795-9900                          3883 Howard Hughes Parkway, Suite 800
Email: wbleeker@lewisroca.com                Las Vegas, NV 89169
                                             Tel: (702) 550-4400
MICHAEL J. MCCUE                             Email: mfeder@dickinson-wright.com
MENG ZHONG                                   Email: jkrieger@dickinson-wright.com
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169                          JOHN S. ARTZ
Tel: (702) 949-8200                          (Admitted *Pro hac vice*)
Email: mmccue@lewisroca.com                  YAFEEZ S. FATABHOY
Email: mzhong@lewisroca.com                  (Admitted *Pro hac vice*)
                                             350 S. Main Street, Suite 300
*Attorneys for Plaintiff/Counter-Defendant   Ann Arbor MI, 48104
Empire Technological Group Limited*          Tel: (248) 433-7200
                                             Email: jsartz@dickinson-wright.com
                                             Email: yfatabhoy@dickinson-wright.com

                                             *Attorneys for Defendants/Counter-Plaintiffs
                                             Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED:**

_____
**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

DATED: April 12, 2023

