**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar #7332)
JOHN L. KRIEGER (Nevada Bar #6023)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ (*Admitted Pro hac vice*)
YAFEEZ S. FATABHOY (*Admitted Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor, MI  48104
Tel:  (248) 433-7200
Fax: (844) 670-6009
Email: jartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Claimants*
*Light & Wonder, Inc. and SG Gaming, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>                    Plaintiff,<br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>                    Defendants.<br>_____<br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>                    Counter-Claimants,<br>vs.<br><br>EMPIRE TECHNOLOGICAL GROUP, LIMITED,<br><br>                    Counter-Defendant. | Case No. 2:22-cv-00923-MMD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE GOVERNING THE LAST DAY TO FILE SUMMARY JUDGMENT MOTION REGARDING INITIAL PHASE OF DISCOVERY**<br><br>**(THIRD REQUEST)** |



1

Plaintiff/Counter-Defendant Empire Technological Group Limited ("Plaintiff/Counter-Defendant") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("Defendants/Counter-Claimants") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to extend the deadline governing the deadline to file Summary Judgment relating to the Initial Phase of Discovery in this case ("Summary Judgment Deadline"). Previously, the Court entered an Order extending all discovery deadlines in this matter thirty (30) days, including the Summary Judgment Deadline. The Court also entered an Order extending the deadline to file Summary Judgment seven (7) days. This is now the third request to extend the Summary Judgment Deadline and the Parties seek an additional seven (7) day extension. The Parties have agreed to such extension for the reasons set out below.

## COMPLETED DISCOVERY

In the Discovery Plan and Scheduling Order (ECF No. 23), the Parties bifurcated discovery into two phases. During the Initial Phase of Discovery, which was limited to Light & Wonder's I-Score Plus defense, the Parties completed six (6) depositions, sent multiple sets of discovery, and produced thousands of pages of documents. The Parties completed discovery on March 29, 2023. The existing Summary Judgment Deadline is April 19, 2023.

## GOOD CAUSE TO EXTEND DEADLINE

The Parties were diligent in conducting the Initial Phase of Discovery in this matter and, as set forth above, vigorously sought and obtained discovery relating to the I-Score Plus defense. Good cause for the extension is primarily based on the fact that due to unforeseen circumstances, Mr. Yafeez Fatabhoy, one of Defendant's primary attorneys, had his newborn son admitted into the hospital this past week. Mr. Fatabhoy participated in and guided much of Defendants' discovery, and is an integral part of the Defendants' legal team. The Parties have thus agreed to a seven (7) day extension to the Summary Judgment Deadline to accommodate these unforeseen circumstances.

The Parties have stipulated and agreed to extend the Summary Judgment Deadline by an



additional seven (7) days as set forth below. This extension will ensure that the relevant information and issues are reviewed and properly briefed for the Court to rule on any summary judgment motions. For these reasons, this Stipulation is made for good cause and not for purposes of delay.

The Parties hereby stipulate and agree to only extend the existing Summary Judgment Deadline of April 19, 2023, seven (7) days to April 26, 2023. All other deadlines remain the same.

**IT IS SO AGREED AND STIPULATED:**

DATED this 18th day of April, 2023.　　　DATED this 18th day of April, 2023.

LEWIS ROCA ROTHGERBER　　　　　　DICKINSON WRIGHT PLLC
CHRISTIE LLP

By: */s/ G. Warren Bleeker*　　　　　　　　By: */s/ John L. Krieger*
G. WARREN BLEEKER　　　　　　　　　MICHAEL N. FEDER
(Admitted *Pro Hac Vice*)　　　　　　　　　Nevada Bar No. 7332
655 N. Central Ave., Suite 2300　　　　　　JOHN L. KRIEGER
Glendale, CA 91203-1445　　　　　　　　Nevada Bar No. 6023
Tel: (626) 795-9900　　　　　　　　　　　3883 Howard Hughes Parkway, Suite 800
Email: wbleeker@lewisroca.com　　　　　Las Vegas, NV 89169
　　　　　　　　　　　　　　　　　　　　Tel: (702) 550-4400
MICHAEL J. MCCUE　　　　　　　　　　Email: mfeder@dickinson-wright.com
MENG ZHONG　　　　　　　　　　　　　Email: jkrieger@dickinson-wright.com
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169　　　　　　　　　　JOHN S. ARTZ
Tel: (702) 949-8200　　　　　　　　　　　(Admitted *Pro hac vice*)
Email: mmccue@lewisroca.com　　　　　　YAFEEZ S. FATABHOY
Email: mzhong@lewisroca.com　　　　　　(Admitted *Pro hac vice*)
　　　　　　　　　　　　　　　　　　　　350 S. Main Street, Suite 300
*Attorneys for Plaintiff/Counter-Defendant*　Ann Arbor MI, 48104
*Empire Technological Group Limited*　　　Tel: (248) 433-7200
　　　　　　　　　　　　　　　　　　　　Email: jsartz@dickinson-wright.com
　　　　　　　　　　　　　　　　　　　　Email: yfatabhoy@dickinson-wright.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants/Counter-Plaintiffs*
　　　　　　　　　　　　　　　　　　　　*Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED:**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 19, 2023

3