EMPIRE TECHNOLOGICAL GROUP LIMITED v. LIGHT & WONDER, INC., and SG GAMING, INC.
CASE NO.: 2:22-cv-00923-MMD-BNW

# EXHIBIT 1

(Declaration of Yafeez S. Fatabhoy)

EMPIRE TECHNOLOGICAL GROUP LIMITED v. LIGHT & WONDER, INC., and SG GAMING, INC.
CASE NO.: 2:22-cv-00923-MMD-BNW

**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar #7332)
JOHN L. KRIEGER (Nevada Bar #6023)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ (*Admitted Pro hac vice*)
YAFEEZ S. FATABHOY (*Admitted Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor, MI  48104
Tel:  (248) 433-7200
Fax: (844) 670-6009
Email: jartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Claimants*
*Light & Wonder, Inc. and SG Gaming, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMTIED,<br><br>Plaintiff,<br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>Defendants.<br><hr>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>Counter-Claimants,<br>vs.<br><br>EMPIRE TECHNOLOGICAL GROUP, LIMITED,<br><br>Counter-Defendant. | Case No. 2:22-cv-00923-MMD-BNW<br><br>**INIITIAL PHASE OF DISCOVERY:**<br><br>**DECLARATION OF YAFEEZ S. FATABHOY IN SUPPORT OF DEFENDANT LIGHT & WONDER, INC.'S AND LNW GAMING, INC., formerly known as SG GAMING INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDTY** |



1

I, Yafeez S. Fatabhoy, declare under penalty of perjury pursuant to the laws of the United States that the following is true:

1. I have personal knowledge of the facts set forth below, except for those statements made on information and belief, and am competent to testify regarding these facts and statements. I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

2. I am counsel of record for Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. (collectively, "L&W") and make this declaration in support of L&W's Motion for Summary Judgment of Invalidity (the "Motion").

3. A true and accurate copy of Will Jones' deposition transcript as cited in the Motion is attached hereto as **Exhibit A**.

4. A true and accurate copy of L&W's Rule 30(b)(6) witness Colin Helsen's deposition transcript as cited in the Motion is attached hereto as **Exhibit B**.

5. A true and accurate copy of Michael Vizzo's deposition transcript as cited in the Motion is attached hereto as **Exhibit C**.

6. A true and accurate copy of Matthew Lucchetti's deposition transcript as cited in the Motion is attached hereto as **Exhibit D**.

7. A true and accurate copy of Will Jones' notebook is attached hereto as **Exhibit E**. (Fatabhoy Decl., at Ex. A, Jones Dep. at 57:11-58:20)

8. A true and accurate copy of the presentation titled "PTG Project Update" that Jones gave to L&W product management in July 2016 regarding the progress of the Accused i-Score Plus, including describing the functionality of the sign lighting, as produced and authenticated during discovery, is attached hereto as **Exhibit F**. (Fatabhoy Decl., at Ex. A, Jones Dep. at 88:23-90:5.)

9. A true and accurate copy of an email chain involving Michael Vizzo and Colin Helsen discussing the Pre-G2E event, as produced and authenticated during discovery, is attached hereto as **Exhibit G**. (Fatabhoy Decl., at Ex. B, Helsen Dep. at 83:20-85:25.)

2

10. A true and accurate copy of an email chain involving Colin Helsen, Michael Vizzo, and Will Jones discussing a customer who attended the event and expressed interest in the Accused i-Score Plus, as produced and authenticated during discovery, is attached hereto as **Exhibit H**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 114:16-115:18.)

11. A true and accurate copy of a document titled "Functional Requirement Document" that shows both the horizontal and vertical versions of the Accused i-Score Plus, as produced and authenticated during discovery, is attached hereto as **Exhibit I**. (Fatabhoy Decl., at Ex. A, Jones Dep. at 91:20-94:3.)

12. A true and accurate copy of a photograph showing that both the horizontal and vertical versions of the Accused i-Score Plus were displayed at the 2016 G2E, including the edge lighting and a table controller, as produced and authenticated during discovery, is attached hereto as **Exhibit J**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 67:9-69:11.)

13. A true and accurate copy of a photograph showing that both the horizontal and vertical versions of the Accused i-Score Plus were displayed at the 2016 G2E, including the edge lighting and a table controller, as produced and authenticated during discovery, is attached hereto as **Exhibit K**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 118:3-123:10.)

14. A true and accurate copy of a photograph showing the L&W booth displayed at the 2016 G2E, including the vertical version of the Accused i-Score Plus, as produced and authenticated during discovery, is attached hereto as **Exhibit L**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 61:21-64:24.)

15. A true and accurate copy of a photograph showing that both the horizontal and vertical versions of the Accused i-Score Plus were displayed at the 2016 G2E, including the edge lighting and a table controller, as produced and authenticated during discovery, is attached hereto as **Exhibit M**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 78:11-81:12.)

16. A true and accurate copy of a purchase agreement showing that following the 2016 G2E, Norwegian Cruise Lines ("NCL") placed an order on October 25, 2016, for thirty-seven (37) Accused i-Score Plus edge-lighting kits that attach to the i-Score Plus lighting signs, as produced

DICKINSON WRIGHT
ATTORNEYS AT LAW

1 and authenticated during discovery, is attached hereto as **Exhibit N**. (Fatabhoy Decl., at Ex. B,
2 Helsen Dep. at 125:9-126:3.)

3       17.    A true and accurate copy of is an email chain involving Matthew Lucchetti and
4 William Beasley from NCL discussing the training that NCL received from L&W relating to the
5 Accused i-Score Plus edge-lighting kits on March 1, 2017, in Las Vegas, Nevada, as produced and
6 authenticated during discovery, is attached hereto as **Exhibit O**. (Fatabhoy Decl., at Ex. B, Helsen
7 Dep. at 126:24-129:2.)

8       18.    A true and accurate copy of a document titled "Utility Product Training Daily
9 Agenda" that shows NCL received training from L&W relating to the Accused i-Score Plus edge-
10 lighting kits on March 1, 2017, in Las Vegas, Nevada, as produced and authenticated during
11 discovery, is attached hereto as **Exhibit P**. (Fatabhoy Decl., at Ex. B, Helsen Dep. at 126:24-
12 129:2.)

13       19.    A true and accurate copy of a presentation titled "PTG Project Update" that covered
14 the last quarter of 2016 and confirmed that the Accused i-Score Plus had gone through final quality
15 control testing by no later than January 10, 2017, as produced and authenticated during discovery,
16 is attached hereto as **Exhibit Q**. (Fatabhoy Decl., at Ex. A, Jones Dep. at 96:2-98:4.)

17       20.    A true and accurate copy of a document titled "i-Score Plus Display Operation
18 Guide" which explains the Accused i-Score Plus and how it functions, and shows that L&W
19 released the latest revision of the guide on January 20, 2017, as produced and authenticated during
20 discovery, is attached hereto as **Exhibit R**. (Fatabhoy Decl., at Ex. A, Jones Dep. at 43:17-45:22.)

21       21.    A true and accurate copy of an email chain involving Colin Helsen, Will Jones,
22 Matthew Lucchetti, and Michael Vizzo discussing that, on January 26, 2017, the Accused i-Score
23 Plus release was on track to be submitted to compliance, and that it would be available for
24 installation in early February at The Bicycle Club, a casino in Los Angeles, California, as produced
25 and authenticated during discovery, is attached hereto as **Exhibit S**. (Fatabhoy Decl., at Ex. B,
26 Helsen Dep. at 79:22-80:19.)

27       22.    A true and accurate copy of a document titled "i-Score Plus Display 1.8.0 User
28



4

Release Notes" which shows that on January 31, 2017, L&W released the i-Score Plus Display 1.8.0 User Release Notes, which was prepared by L&W's engineering department and sent to L&W's compliance department, as produced and authenticated during discovery, is attached hereto as **Exhibit T**. (Fatabhoy Decl., at Ex. A, Jones Dep. at 47:24-50:25.)

23. A true and accurate copy of an email chain involving Matthew Lucchetti and Michael Vizzo discussing how L&W attempted to demonstrate the Accused i-Score Plus for training purposes, but a computer issue postponed the demonstration, as produced and authenticated during discovery, is attached hereto as **Exhibit U**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 98:5-100:13.)

24. A true and accurate copy of an email chain involving Matthew Lucchetti and Michael Vizzo discussing that on February 27, 2017, L&W was demonstrating the Accused i-Score Plus for NCL, as produced and authenticated during discovery, is attached hereto as **Exhibit V**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 105:2-106:15.)

25. A true and accurate copy of an email chain involving Michael Vizzo, Will Jones, and Matthew Lucchetti discussing how L&W needed an Accused i-Score Plus for its Empower event on March 8, 2017, as produced and authenticated during discovery, is attached hereto as **Exhibit W**. (Fatabhoy Decl., at Ex. C, Vizzo Dep. at 100:14-102:14.)

26. A true and accurate copy of an email chain involving Matthew Lucchetti, Colin Helsen, and Michael Vizzo discussing Matthew Lucchetti's presentation on how to configure the Accused i-Score Plus at L&W's Empower event, as produced and authenticated during discovery, is attached hereto as **Exhibit X**. (Fatabhoy Decl., at Ex. B, Helsen Dep. at 111:1-115:6.)

27. A true and accurate copy of a letter Gaming Laboratories International sent to Jacqueline Hunter, L&W's Director Technical Compliance – Gaming Division, on April 6, 2017, as produced and authenticated during discovery, is attached hereto as **Exhibit Y**. (Fatabhoy Decl., at Ex. B, Helsen Dep. at 105:1-107:11.)

/ / /

/ / /



5

28. A true and accurate copy of Plaintiff's Supplemental Responses to L&W's First Set of Interrogatories is attached hereto as **Exhibit Z**.

Executed April 26, 2023.

_____
YAFEEZ S. FATABHOY

