Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

G. Warren Bleeker (Admitted *Pro Hac Vice*)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant*
*Empire Technological Group Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>          Plaintiff,<br><br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  2:22-cv-00923-MMD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE GOVERNING THE LAST DAY FOR PLAINTIFF/COUNTERDEFENDANT EMPIRE TECHNOLOGICAL GROUP LIMITED TO FILE ITS OPPOSITION TO PLAINTIFFS/COUNTER-CLAIMANTS LIGHT & WONDER, INC.'S and SG GAMING, INC.'S SUMMARY JUDGMENT MOTION** |

121192150.2

Plaintiff/Counter-Defendant Empire Technological Group Limited ("Empire") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("LNW") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to extend the deadline governing the due date for Empire to file its response to LNW's Motion for Summary Judgment re Invalidity relating to the Initial Phase of Discovery ("Summary Judgment Opposition Date") in this case.

The Parties have stipulated and agreed to extend the Summary Judgment Opposition Date by seven (7) days as set forth below. This extension will ensure that the relevant information and issues are fully reviewed and properly briefed for the Court to rule on the pending Summary Judgment Motion. For this reason, this Stipulation is made for good cause and not for purposes of delay.

The Parties hereby stipulate and agree to extend the existing deadline for Empire's response to Summary Judgment Motion of May 17, 2023, seven (7) days to May 24, 2023. All other deadlines remain the same.

IT IS SO AGREED AND STIPULATED:

Dated this 16th day of May, 2023.

        LEWIS ROCA
        ROTHGERBER CHRISTIE LLP

        By: */s/G. Warren Bleeker*
        G. Warren Bleeker (Admitted *Pro Hac Vice*)
        655 N. Central Ave., Suite 2300
        Glendale, CA 91203-1445
        Tel: (626) 795-9900
        Email: wbleeker@lewisroca.com

121192150.2

- 1 -

                                Michael J. McCue
                                Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant*
*Empire Technological Group Limited*

Dated this 16th day of May, 2023.

DICKINSON WRIGHT PLLC

By: *Yafeez S. Fatabhoy*
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ
(Admitted *Pro hac vice*)
YAFEEZ S. FATABHOY
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs*
*Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED.**

_____
**MIRANDA M. DU, CHIEF UNITED STATES DISTRICT JUDGE**

Dated: May 17, 2023

121192150.2

- 2 -