## **INDEX OF EXHIBITS**

| | |
|---|---|
| EXHIBIT A: | Excerpts of Deposition Transcript of Colin Helsen (*Designated Confidential/Filed Under Seal*) |
| EXHIBIT B: | Excerpts of Deposition Transcript of Michael Vizzo (*Designated Highly Confidential/Filed Under Seal*) |
| EXHIBIT C: | Excerpts of Deposition Transcript of William Jones (*Designated Highly Confidential/Filed Under Seal*) |
| EXHIBIT D: | Excerpts of Deposition Transcript of Matthew Lucchetti (*Designated Confidential/Filed Under Seal*) |
| EXHIBIT E: | Excerpts of Defendants' Responses to Plaintiff Empire Technological Group Limited's First Set of Interrogatories served on or about December 19, 2022 |
| EXHIBIT F: | Excerpts of Defendants' Responses to Plaintiff Empire Technological Group Limited's First Set of Requests for Admission served on or about December 19, 2022 |

121325701.1