1

2
**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar #7332)

3
JOHN L. KRIEGER (Nevada Bar #6023)
3883 Howard Hughes Parkway, Suite 800

4
Las Vegas, Nevada 89169
Tel: (702) 550-4400

5
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com

6
Email: jkrieger@dickinson-wright.com

7
JOHN S. ARTZ (*Admitted Pro hac vice*)

8
YAFEEZ S. FATABHOY (*Admitted Pro hac vice*)
350 S. Main Street, Suite 300

9
Ann Arbor, MI  48104
Tel:  (248) 433-7200

10
Fax: (844) 670-6009
Email: jartz@dickinson-wright.com

11
Email: yfatabhoy@dickinson-wright.com

12
*Attorneys for Defendants/Counter-Claimants*

13
*Light & Wonder, Inc. and SG Gaming, Inc.*

14
### UNITED STATES DISTRICT COURT

15
### DISTRICT OF NEVADA

16
EMPIRE TECHNOLOGICAL GROUP
LIMITED,

17

18
                          Plaintiff,
vs.

19
LIGHT & WONDER, INC., and

20
SG GAMING, INC.,

21
                          Defendants.

22

23
LIGHT & WONDER, INC., and
SG GAMING, INC.,

24
                          Counter-Claimants,

25
vs.

26
EMPIRE TECHNOLOGICAL GROUP,
LIMITED,

27

28
                          Counter-Defendant.

Case No. 2:22-cv-00923-MMD-BNW

**STIPULATION AND PROPOSED ORDER
TO EXTEND THE DEADLINE
GOVERNING THE LAST DAY TO FILE
REPLY TO OPPOSITION FOR MOTION
FOR SUMMARY JUDGMENT
REGARDING INITIAL PHASE OF
DISCOVERY**

**(FIRST REQUEST)**



1

Plaintiff/Counter-Defendant Empire Technological Group Limited ("Plaintiff/Counter-Defendant") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("Defendants/Counter-Claimants") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to extend the deadline governing the deadline to file their reply to Plaintiff's Opposition to Motion for Summary Judgment relating to the Initial Phase of Discovery in this case ("Reply to Opposition of Summary Judgment Deadline").

The Parties have stipulated and agreed to extend the Reply to the Opposition for Motion of Summary Judgment Deadline by an additional fourteen (14) days as set forth below. This extension will ensure that the relevant information and issues are reviewed and properly briefed for the Court to rule on any summary judgment motions. For these reasons, this Stipulation is made for good cause and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



The Parties hereby stipulate and agree to only extend the existing Reply to Opposition of Summary Judgment Deadline of June 7, 2023, fourteen (14) days to June 21, 2023. All other deadlines remain the same.

**IT IS SO AGREED AND STIPULATED:**

DATED this 5th day of June, 2023.          DATED this 5th day of June, 2023.

LEWIS ROCA ROTHGERBER                   DICKINSON WRIGHT PLLC
CHRISTIE LLP

By: */s/ G. Warren Bleeker*                    By: */s/ John L. Krieger*
G. WARREN BLEEKER                        MICHAEL N. FEDER
(Admitted *Pro Hac Vice*)                    Nevada Bar No. 7332
655 N. Central Ave., Suite 2300              JOHN L. KRIEGER
Glendale, CA 91203-1445                    Nevada Bar No. 6023
Tel: (626) 795-9900                         3883 Howard Hughes Parkway, Suite 800
Email: wbleeker@lewisroca.com               Las Vegas, NV 89169
                                          Tel: (702) 550-4400
MICHAEL J. MCCUE                         Email: mfeder@dickinson-wright.com
MENG ZHONG                             Email: jkrieger@dickinson-wright.com
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169                        JOHN S. ARTZ
Tel: (702) 949-8200                         (Admitted *Pro hac vice*)
Email: mmccue@lewisroca.com                YAFEEZ S. FATABHOY
Email: mzhong@lewisroca.com                (Admitted *Pro hac vice*)
                                          350 S. Main Street, Suite 300
*Attorneys for Plaintiff/Counter-Defendant*      Ann Arbor MI, 48104
*Empire Technological Group Limited*           Tel: (248) 433-7200
                                          Email: jsartz@dickinson-wright.com
                                          Email: yfatabhoy@dickinson-wright.com

                                          *Attorneys for Defendants/Counter-Plaintiffs*
                                          *Light & Wonder, Inc. and SG Gaming, Inc.*


                         **IT IS SO ORDERED:**

                         _____
                         **MIRANDA M. DU**
                         **CHIEF UNITED STATES DISTRICT JUDGE**

                         Dated:  June 6, 2023

