Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

G. Warren Bleeker (Admitted *Pro Hac Vice*)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant*
*Empire Technological Group Limited*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> LIGHT & WONDER, INC., and SG GAMING, INC., <br><br> Defendants. <br><br> **AND RELATED COUNTERCLAIMS.** | Case No.  2:22-cv-00923-MMD-BNW <br><br> **STIPULATION AND REQUEST WITH PROPOSED ORDER TO EXTEND THE DEADLINE TO SUBMIT AN UPDATED PROPOSED SCHEDULING ORDER IN LIGHT OF ONGOING SETTLEMENT DISCUSSIONS** |

123418654.3

1  Plaintiff/Counter-Defendant Empire Technological Group Limited ("Empire") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("LNW") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Request with Proposed Order to extend the deadline to submit an Updated Proposed Scheduling Order in light of the ongoing settlement discussions between the Parties in this case.

On December 7, 2023, the Court granted LNW's Motion for Summary Judgment that U.S. Patent No. 11,341,807 is invalid. (Dkt. No. 47).

On December 7, 2023, the Court also ordered that the Parties must file an updated, proposed joint scheduling order within 30 days of entry of the order. *Id.*

Following the Court's order, the Parties have engaged in settlement discussions in an attempt to fully resolve the dispute, and those discussions are ongoing.

In light of these settlement discussions, which if successful would resolve the matter, the Parties stipulate and respectfully request the Court to extend the deadline for an Updated, Proposed Joint Scheduling Order by three weeks, from January 8, 2024 to January 29, 2024, to allow the Parties to continue to pursue settlement. For this reason, this Stipulation is made for good cause and not for purposes of delay.

IT IS SO AGREED AND STIPULATED.

Dated this 8th day of January, 2024

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/G. Warren Bleeker*
G. Warren Bleeker (Admitted *Pro Hac Vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant Empire Technological Group Limited*

123418654.3

- 1 -

Dated this 8th day of January, 2024

DICKINSON WRIGHT PLLC

By: /s/John L. Krieger
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ
(Admitted *Pro hac vice*)
YAFEEZ S. FATABHOY
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED.**

_____
**MIRANDA M. DU,**
**CHIEF UNITED STATES DISTRICT JUDGE**

Dated: January 8, 2024

STIPULATION AND REQUEST WITH PROPOSED ORDER TO EXTEND THE DEADLINE TO SUBMIT AN UPDATED PROPOSED SCHEDULING ORDER IN LIGHT OF ONGOING SETTLEMENT DISCUSSIONS

123418654.3

- 2 -