1  Michael J. McCue (Nevada Bar #6055)
   Meng Zhong (Nevada Bar #12145)
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: (702) 949-8200
4  E-mail: mmccue@lewisroca.com
   E-mail: mzhong@lewisroca.com
5
   G. Warren Bleeker (Admitted *Pro Hac Vice*)
6  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   655 N. Central Ave., Suite 2300
7  Glendale, CA 91203-1445
   Tel: (626) 795-9900
8  Email: wbleeker@lewisroca.com

9  *Attorneys for Plaintiff/Counterdefendant*
   *Empire Technological Group Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED, | Case No. 2:22-cv-00923-MMD-BNW |
| Plaintiff, | **STIPULATION AND REQUEST WITH PROPOSED ORDER RE: UPDATED PROPOSED SCHEDULING ORDER** |
| vs. | |
| LIGHT & WONDER, INC., and SG GAMING, INC., | |
| Defendants. | |
| **AND RELATED COUNTERCLAIMS.** | |

123642105.1

1  Plaintiff/Counter-Defendant Empire Technological Group Limited ("Empire") and
2  Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known
3  as SG Gaming, Inc. ("LNW") (together, the "Parties"), by and through their respective counsel
4  of record, hereby respectfully submit this Stipulation and Request with Proposed Order,
5  informing the Court of the status of the case and requesting limited deadlines in light of the
6  Parties' settlement in principle.

7  On December 7, 2023, the Court granted LNW's Motion for Summary Judgment that
8  all claims of U.S. Patent No. 11,341,807 are invalid. (Dkt. No. 47).

9  On December 7, 2023, the Court also ordered that the Parties must file an updated,
10 proposed joint scheduling order within 30 days of entry of the order. (*Id*).

11 On January 8, 2024, the Court granted the Parties' request for an extension to provide
12 an updated, proposed scheduling order until January 29, 2024, in light of ongoing settlement
13 discussions. (Dkt. No. 51).

14 Following that extension, the Parties engaged in further settlement discussions and
15 have now agreed in principle to resolve the matter. LNW has sent a draft settlement agreement
16 to Empire, which is reviewing it. The Parties anticipate finalizing and signing the settlement
17 agreement within the next 15 days. The Parties further anticipate that, as part of that settlement,
18 Empire will file a motion directed to the Court's December 7, 2023 Order (Dkt. No. 47) and
19 that, after the Court's ruling on that motion, the Parties will jointly seek dismissal of this action
20 with prejudice, subject to the terms of the settlement agreement that is being negotiated among
21 the Parties.

22 In light of this settlement in principle, the Parties jointly request that the Court set the
23 following limited deadlines:

24 (1) Empire shall file any motion directed to the Court's December 7, 2023 Order (Dkt.
25 No. 47) by no later than March 1, 2024.

26 (2) To the extent no such motion is filed by March 1, 2024, the Court shall schedule a
27 status conference at the Court's convenience.

28

- 1 -

123642105.1

IT IS SO AGREED AND STIPULATED.

Dated this 29th day of January, 2024

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By:   */s/G. Warren Bleeker*
G. Warren Bleeker (Admitted *Pro Hac Vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant Empire Technological Group Limited*

Dated this 29th day of January, 2024

DICKINSON WRIGHT PLLC

By:   */s/John S. Artz*
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ
(Admitted *Pro hac vice*)
YAFEEZ S. FATABHOY
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs Light & Wonder, Inc. and SG Gaming, Inc.*

IT IS SO ORDERED.

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Dated: 1/30/2024