1  **DICKINSON WRIGHT PLLC**
   MICHAEL N. FEDER (Nevada Bar #7332)
2  JOHN L. KRIEGER (Nevada Bar #6023)
3  3883 Howard Hughes Parkway, Suite 800
   Las Vegas, Nevada 89169
4  Tel: (702) 550-4400
   Fax: (844) 670-6009
5  Email: mfeder@dickinson-wright.com
   Email: jkrieger@dickinson-wright.com
6
7  JOHN S. ARTZ (*Admitted Pro hac vice*)
   350 S. Main Street, Suite 300
8  Ann Arbor, MI  48104
   Tel:  (248) 433-7200
9  Fax: (844) 670-6009
   Email: jartz@dickinson-wright.com
10
11 *Attorneys for Defendants/Counter-Claimants*
   *Light & Wonder, Inc. and SG Gaming, Inc.*
12
                     **UNITED STATES DISTRICT COURT**
13
                            **DISTRICT OF NEVADA**
14

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>               Plaintiff,<br>vs.<br><br>LIGHT & WONDER, INC., and<br>SG GAMING, INC.,<br><br>               Defendants. | Case No. 2:22-cv-00923-MMD-BNW<br><br>**JOINT STIPULATION OF DISASSOCIATION OF COUNSEL** |
| LIGHT & WONDER, INC., and<br>SG GAMING, INC.,<br><br>               Counter-Claimants,<br>vs.<br><br>EMPIRE TECHNOLOGICAL GROUP, LIMITED,<br><br>               Counter-Defendant. | |

1



PLEASE TAKE NOTICE that Defendants LIGHT & WONDER, INC., and SC GAMING, INC. (collectively, "Defendants") and Plaintiff EMPIRE TECHNOLOGICAL GROUP, LIMITED ("Plaintiff"), by and through their attorneys, hereby stipulate that attorney Yafeez Fatabhoy is no longer associated with the law firm of Dickinson Wright PLLC and, accordingly, is disassociated as counsel of record for Defendants in the above-captioned matter.

No further copies of notices, pleadings, and documents should be served upon Mr. Yafeez Fatabhoy.

**IT IS SO AGREED AND STIPULATED:**

DATED this 28th day of February, 2024.   DATED this 28th day of February, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ G. Warren Bleeker*
G. WARREN BLEEKER
(Admitted *Pro Hac Vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

MICHAEL J. MCCUE
MENG ZHONG
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Email: mmccue@lewisroca.com
Email: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant Empire Technological Group Limited*

DICKINSON WRIGHT PLLC

By: */s/ John L. Krieger*
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED:**

_____
THE HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: 2/29/2024