Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

G. Warren Bleeker (Admitted *Pro Hac Vice*)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant
Empire Technological Group Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>　　　　Defendants.<br><br>**AND RELATED COUNTERCLAIMS.** | Case No.  2:22-cv-00923-MMD-BNW<br><br>**FIRST STIPULATION AND REQUEST WITH PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A MOTION DIRECTED TO THE COURT'S DECEMBER 7, 2023 ORDER** |

124000226.1

1   Plaintiff/Counter-Defendant Empire Technological Group Limited ("Empire") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("L&W") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this First Stipulation and Request with Proposed Order to extend the deadline for Empire to file its motion directed to the Court's December 7, 2023 Order.

On January 30, 2024, the Court granted the Parties' Stipulation and Request with Proposed Order Re: Updated Proposed Scheduling Order (Dkt. No. 54).

In that Order, the Court permitted Empire to file a motion directed to the Court's December 7, 2023 Order (Dkt. No. 47) by no later than March 1, 2024 and to the extent no such motion is filed by March 1, 2024, the Court shall schedule a status conference at the Court's convenience. *Id.*

Due to a death in the family, Empire has requested, and L&W has agreed, to a one week extension, so that Empire's motion directed to the Court's December 7, 2023 Order (Dkt. No. 47) would be filed by no later than March 8, 2024. For this reason, this Stipulation and request is made for good cause and not for purposes of delay.

IT IS SO AGREED AND STIPULATED.

Dated this 1st day of March, 2024

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/G. Warren Bleeker*
G. Warren Bleeker (Admitted *Pro Hac Vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant Empire Technological Group Limited*

124000226.1

- 1 -

Dated this 1st day of March, 2024

DICKINSON WRIGHT PLLC

By: /s/John S. Artz
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

JOHN S. ARTZ
(Admitted *Pro hac vice*)
YAFEEZ S. FATABHOY
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com
Email: yfatabhoy@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED.**

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

Dated: 3/5/2024

124000226.1

- 2 -