Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

G. Warren Bleeker (Admitted *Pro Hac Vice*)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant*
*Empire Technological Group Limited*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS.** | Case No. 2:22-cv-00923-MMD-BNW<br><br>**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>**[PROPOSED] ORDER** |

124145630.1


Plaintiff/Counter-Defendant Empire Technological Group Limited ("Empire") and Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known as SG Gaming, Inc. ("L&W") (together, the "Parties"), by and through their respective counsel of record, stipulate and request dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO AGREED AND STIPULATED.

Dated this 16th day of July, 2024

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/G. Warren Bleeker
G. Warren Bleeker (Admitted *Pro Hac Vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant Empire Technological Group Limited*

Dated this 16th day of July, 2024

DICKINSON WRIGHT PLLC

By: /s/John S. Artz
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

124145630.1

- 1 -

JOHN S. ARTZ
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED.**

DATED THIS \_\_\_\_ Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

124145630.1

- 2 -