Michael J. McCue (Nevada Bar #6055)
Meng Zhong (Nevada Bar #12145)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

G. Warren Bleeker (Admitted *Pro Hac Vice*)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant*
*Empire Technological Group Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPIRE TECHNOLOGICAL GROUP LIMITED,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIGHT & WONDER, INC., and SG GAMING, INC.,<br><br>　　　　Defendants.<br><br>**AND RELATED COUNTERCLAIMS.** | Case No. 2:22-cv-00923-MMD-BNW<br><br>**ORDER GRANTING STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>**[PROPOSED] ORDER** |

124145630.1

1  Plaintiff/Counter-Defendant Empire Technological Group Limited ("Empire") and
2  Defendants/Counter-Claimants Light & Wonder, Inc. and LNW Gaming, Inc., formerly known
3  as SG Gaming, Inc. ("L&W") (together, the "Parties"), by and through their respective counsel
4  of record, stipulate and request dismissal of the case with prejudice pursuant to Fed. R. Civ. P.
5  41(a)(1)(A)(ii).

IT IS SO AGREED AND STIPULATED.

Dated this 16th day of July, 2024

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/G. Warren Bleeker
G. Warren Bleeker (Admitted *Pro Hac Vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Email: wbleeker@lewisroca.com

Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counter-Defendant Empire Technological Group Limited*

Dated this 16th day of July, 2024

DICKINSON WRIGHT PLLC

By: /s/John S. Artz
MICHAEL N. FEDER
Nevada Bar No. 7332
JOHN L. KRIEGER
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Email: mfeder@dickinson-wright.com
Email: jkrieger@dickinson-wright.com

124145630.1

- 1 -

JOHN S. ARTZ
(Admitted *Pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor MI, 48104
Tel: (248) 433-7200
Email: jsartz@dickinson-wright.com

*Attorneys for Defendants/Counter-Plaintiffs
Light & Wonder, Inc. and SG Gaming, Inc.*

**IT IS SO ORDERED.**

DATED THIS 17th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

124145630.1

- 2 -